UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )   3:09-md-02100-DRH )  )   MDL No. 2100 ) |

**This Document Relates To:**

*Gregory Pitman et al v. Bayer Corporation et al*   No. 3:10-cv-20489-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on June 25, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
           Deputy Clerk

**Dated:**  June 25, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.25
10:27:41 -05'00'

**APPROVED:**
           **CHIEF JUDGE**
           **U. S. DISTRICT COURT**